IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )                                  | Case No. 3:07-CR-38 |
| vs.                              ) | (Financial Litigation Unit) |
| )                                  | |
| DWIGHT W. COVINGTON,             ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and KANSAS CITY LIFE:

A judgment was entered on May 22, 2008, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Dwight W. Covington, whose last known address is Charlotte, North Carolina 28203, in the sum of $143,440.54. The balance on the account as of August 14, 2008 is $143,440.54.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Kansas City Life is commanded to **turn over property** in which the defendant, Dwight W. Covington, has a substantial nonexempt interest, the said property being funds located in Kansas City Life accounts in the name of Dwight W. Covington, at the following address: Kansas City Life, c/o Sunset Financial Services Inc., 3520 Broadway, Kansas City, MO 64111.

Signed: August 14, 2008

_____
Frank G. Johns, Clerk
United States District Court