# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr38

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **DWIGHT WAYNE COVINGTON,** ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| **FURMAN UNIVERSITY,** ) | |
| ) | |
| Garnishee. ) | |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Order of Garnishment [Doc. 27].

For the reasons stated in the Government's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Government's Motion for Dismissal of Order of Garnishment [Doc. 27] is **ALLOWED**, and the Order of Garnishment [Doc. 26] filed in this case against the Defendant Dwight Wayne Covington is **DISMISSED**.

**IT IS SO ORDERED.**

Signed: December 21, 2009

Martin Reidinger
United States District Judge